[No. 26230-8-III.   Division Three.   February 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ETHEL GERALDINE FRANK, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 93-1-00045-1, Rebecca M. Baker, J., entered May 8, 2007. *Dismissed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 61402-9-I.   Division One.   February 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE JAMES McCOO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13048-9, Palmer Robinson, J., entered March 13, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Lau, JJ.

[Nos. 62598-5-I; 63493-3-I.   Division One.   February 22, 2010.]

DAVID L. MARTIN, *Appellant*, v. KATHRYN A. ELLIS, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-21635-9, Monica J. Benton, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Leach, JJ.

[No. 62734-1-I.   Division One.   February 22, 2010.]

THE CITY OF BOTHELL, *Respondent*, v. 1982 MERCEDES BENZ 240, *Defendant*, ROBERT WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-23856-5, Bruce Heller, J., entered November 14, 2008. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Appelwick, J.